U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2022 NOV 17 PM 2:23

CLERK

BY ___AL___
DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 5:22-cr-140-1 |
| CAMERON YEE, Defendant. | |

## INDICTMENT

The Grand Jury charges:

On or about the October 11, 2022, in the District of Vermont, the defendant, CAMERON YEE, in connection with the acquisition of a Glock, Model 23, .40 caliber handgun from Dattilio's Guns & Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written and oral statement to Dattilio's Guns & Ammo, which statement was intended and likely to deceive Dattilio's Guns & Ammo, as to a fact material to the lawfulness of such sale of the firearm to the defendant under chapter 44 of Title 18, in that the defendant CAMERON YEE represented he was the actual transferee/buyer of the firearm, when CAMERON YEE was not the actual transferee/buyer of the firearm.

18 U.S.C. §§ 922(a)(6) & 924(a)(2)

A TRUE BILL

███████████
FOREPERSON

_____ (MPD)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
November 17, 2022